IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Clara Goodman-Dodd, | ) C.A. #2:13-2559-PMD |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Buncombe County Department of Social Services, | ) |
| Defendant. | ) |

The above-captioned case is before this court upon the magistrate judge's recommendation that the case be dismissed without prejudice and without issuance and service of process.

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. Thomas v Arn, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. United States v. Schronce, 727 F.2d 91 (4th Cir. 1984). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is hereby **ordered** that the within case is hereby **DISMISSED** without prejudice and without issuance and services of process, and plaintiff's petition for a temporary restraining order is **dismissed** as **moot.**

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court, and

**AND IT IS SO ORDERED.**

December 4, 2013
Charleston, South Carolina

PATRICK MICHAEL DUFFY
United States District Judge